IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.: |
| | * | 5:11-CV-00445-MTT |
| GEORGIA PUBLIC SAFETY | * | |
| TRAINING CENTER, | * | |
| | * | |
| Defendant | * | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE PRETRIAL ORDER

COMES NOW the Georgia Public Safety Training Center, Defendant in the above-styled action, by and through its counsel of record, the Attorney General of the State of Georgia, and files this response to Plaintiff's Motion to File the Consolidated Pre-Trial Order and shows as follows:

Defendant has no objection to the filing of the Consolidated Pre-Trial Order as presented by Plaintiff. Counsel for Defendant apologizes to the Court and Counsel for Plaintiff for any misunderstanding that the Consolidated Pre-Trial Order would be filed without further review.

For the above and foregoing reasons, Defendant has no objection and requests that this Court grant Plaintiff's motion and that the Consolidated Pre-Trial Order be filed as the Consolidated Pre-Trial Order in this case.

Respectfully submitted, this 28th day of January, 2014.

    SAMUEL S. OLENS  551540
    Attorney General

    DENNIS R. DUNN  234098
    Deputy Attorney General

    ANNETTE M. COWART  191199
    Senior Assistant Attorney General

    *s/Bryan K. Webb*
    BRYAN K. WEBB  743580
    Senior Assistant Attorney General

    *s/ Katherine Powers Stoff*
    KATHERINE POWERS STOFF 536807
    Assistant Attorney General
    Attorneys for Defendant

PLEASE SERVE:
BRYAN K. WEBB
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 656-5331
(404) 657-9932 (fax)
bwebb@law.ga.gov

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.: |
| | * | 5:11-CV-00445-MTT |
| GEORGIA PUBLIC SAFETY | * | |
| TRAINING CENTER, | * | |
| | * | |
| Defendant | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28th, 2014, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE PRETRIAL ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jean Simonoff Marx
>Robert N. Marx
>lawyers@marxlaw.com

This 28th day of January, 2014.

>*s/ Katherine Powers Stoff*
>KATHERINE POWERS STOFF 536807
>Assistant Attorney General
>Attorneys for Defendant

3